UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Delta Air Lines, Inc. <br><br> RUBEN AYALA; individually and on behalf of other persons similarity situated, <br><br>    Plaintiffs, <br><br>    v. <br><br> DELTA AIRLINES INC.: and DOES 1 through 100; <br><br>    Defendants. | Lead Case No. <br> LA CV20-00786-JAK-SKx <br><br> No. 2:21-cv-00328 JAK-SK <br><br> ORDER RE JOINT STIPULATION TO CONSOLIDATE WITH THE OTHER MATTERS PREVIOUSLY CONSOLIDATED UNDER LEAD CASE *IN RE: DELTA AIR LINES. INC.* (DKT. 24) <br><br> JS-6 |

Based on a review of the Joint Stipulation to Consolidate with the Other Matters Previously Consolidated Under Lead Case *In Re: Delta Air Lines, Inc.* (the "Stipulation" (Dkt. 24)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED.** The matter of *Ruben Ayala v. Delta Airlines Inc.*, Case No. 2:21-cv-0328-JAK-SKx, is consolidated for pretrial purposes with the matters of *Frankie Lomas et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-00786-JAK-SKx, *Lisette Barajas, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-02089-JAK-SKx, *Deodre Cotton v. Delta Air Lines, Inc.*, Case No. 2:20-cv-03116-JAK-SKx, *Erik Garcia v. Delta Air Lines, Inc.*, Case No. 2:20-cv-04424-JAK-SKx,

*Rose Amah, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-06182-JAK-SKx, *Daisy Castillo v. Delta Air Lines, Inc.*, Case No. 2:20-cv-05124-JAK-SKx, *Jacqueline Pait, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-0450-JAK-SKx, *Y.C., a Minor by through her Guardian Ad Litem, Arnulfo Campos v. Delta Air Lines, Inc.*, Case No. 2:21-cv-01694-JAK-SKx, and *Maria Rivera v. Delta Air Lines, Inc.*, Case No. 2:20-cv-08077-JAK-SKx, under Lead Case No. LA CV-20-00786-JAK-SKx. The Clerk is directed to close the docket in the *Ayala* matter, and all further filings in the consolidated action shall be filed on the docket in the Lead Case, *In Re: Delta Air Lines, Inc.*, as provided in the July 27, 2020 Civil Minutes (*Lomas, et al. v. Delta Air Lines, Inc.*, Case No. 2:20-cv-00786-JAK-SKx, Dkt. 33). This matter is subject to all prior orders entered by this Court in *In Re: Delta Air Lines, Inc.*, Lead Case No. LA CV20-00786-JAK-SKx.

Defendant's Motion to Dismiss (the "Motion" (Dkt. 16)) shall be re-filed on the docket in the Lead Case, *In Re: Delta Air Lines, Inc.*, Case No. 2:20-cv-00786-JAK-SKx. Plaintiff's Opposition to the Motion (Dkt. 20) and Defendant's Reply in Support of the Motion (Dkt. 21) shall be re-filed on the docket in the Lead Case as well. The effective date of filing of each document will remain the date on which it was filed on the docket in the *Ayala* matter. A hearing on the Motion remains scheduled for June 21, 2021.

Whether any or all of the matters should be consolidated for trial is deferred until the completion of the pre-trial proceedings.

**IT IS SO ORDERED.**

DATED: June 2, 2021                    _____
                                       John A. Kronstadt
                                       United States District Judge